UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HERON COVE ASSOCIATION, et al.,

    Plaintiff,

v.

Case No. 24-cv-11458
Hon. Matthew F. Leitman

MIDLAND COUNTY BOARD OF COMMISSIONERS et al.,

    Defendant.

_____/

## ORDER DENYING MOTION TO EXPEDITE (ECF No. 11)

Now before the Court is a motion to expedite consideration of Defendant Four Lakes Task Force's Motion to Expedite Consideration of its Motion to Dismiss. The motion is **DENIED** because the Court is not persuaded that it is necessary to expedite consideration of the motion.

    **IT IS SO ORDERED.**

                                                    s/Matthew F. Leitman
                                                  MATTHEW F. LEITMAN
                                                  UNITED STATES DISTRICT JUDGE

Dated: July 29, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 29, 2024, by electronic means and/or ordinary mail.

                                                  s/Holly A. Ryan
                                                  Case Manager
                                                  (313) 234-5126