UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HERON COVE ASSOCIATION, *et al.*,

    Plaintiffs,

v.

Case No. 24-cv-11458
Hon. Matthew F. Leitman

MIDLAND COUNTY BOARD OF
COMMISSIONERS, *et al.*,

    Defendants.

_____/

## ORDER DENYING PLAINTIFFS' MOTION TO MODIFY OPINION AND ORDER (ECF No. 21)

On July 17, 2024, the Judge previously assigned to this case issued an Opinion and Order granting Plaintiffs' motion to disqualify him and to have the case re-assigned to a new Judge. (*See* Op. and Order, ECF No. 13.)  Plaintiffs have now moved to modify that Opinion and Order. (*See* Mot., ECF No. 21.)  For the reasons explained on the record during a November 6, 2024, status conference, and for the reasons explained in Defendants' responses to the motion (*see* ECF Nos. 22, 23), the motion is **DENIED**.

    **IT IS SO ORDERED.**

                              s/Matthew F. Leitman
                              MATTHEW F. LEITMAN
                              UNITED STATES DISTRICT JUDGE

Dated:  November 7, 2024

      I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 7, 2024, by electronic means and/or ordinary mail.

                                            s/Holly A. Ryan  
                                            Case Manager  
                                            (313) 234-5126